Opinion issued March 29, 2006










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-07-00196-CV

____________


IN RE KINGWOOD RHYTHM, INC. 

D/B/A FRED ASTAIRE DANCE STUDIO, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator, Kingwood Rhythm, Inc. d/b/a Fred Astaire Dance Studio, has filed a
petition for a writ of mandamus complaining of an order signed on January 22, 2007,
by the Honorable Reece Rondon, which order denied relator's request for a temporary
injunction. (1) 

 We deny the petition for a writ of mandamus. 


PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.
1. 
 
 
 -